

# NUMBER 13-19-00519-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ANTOINE BENSON,**                                                                                      **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                                   **Appellee.**

---

### On appeal from the 274th District Court
### of Hays County, Texas.

---

# ORDER FOR PRO SE ACCESS TO RECORD

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Order Per Curiam**

Before the Court is a letter regarding appellant's inability to access the appellate record. Appellant's counsel filed an Anders brief herein. Furthermore, appellant has been unable to examine the record in order to prepare a pro se brief, if he so chooses.

Accordingly, it is hereby ORDERED that the trial court ensure appellant's opportunity to fully examine the appellate record on or before the expiration of fourteen (14) days from the date of this Order, and it is FURTHER ORDERED that the trial court notify this Court as to the date upon which the appellate record was made available to appellant. See Kelly v. State, 436 S.W.3d 313 (Tex. Crim. App. 2014). It is FURTHER ORDERED appellant shall have thirty (30) days from the day the appellate record was first made available to him to file his pro se brief with this Court. The State shall have twenty days thereafter to file its response, if any.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
14th day of August, 2020.